```
 1  WILLIAM M. KUNTZ  # 153052
    Attorney at Law
 2  4780 Arlington Avenue
    Riverside, CA 92504
 3  (951) 343-3400
    Fax (951) 343-4004
 4  E-Mail: KuntzSSlaw @sbcglobal.net
    Attorney for Plaintiff
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
 9                        EASTERN DIVISION
10
11  IRINEO VARGAS, JR.,            )   CASE NO.: EDCV19-02046-AFM
                                   )
12              Plaintiff,         )   ORDER AWARDING
                                   )   EAJA FEES
13         v.                      )
                                   )
14  ANDREW M. SAUL, Commissioner   )
    of Social Security Administration,)
15                                 )
                Defendant.         )
16  _____)
```

17    Based upon the parties' Stipulation for Award and Payment of Equal Access
18 to Justice Act (EAJA) Fees ("Stipulation"),

19    **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the
20 Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND
21 TWO HUNDRED SEVENTY-ONE DOLLARS and 58/cents ($3,271.58), as
22 authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the
23 Stipulation.

24 DATED: 9/14/2020

*/s/ Alex MacKinnon*

HONORABLE ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

1